STATE of Missouri, Respondent,

v.

Alonzo LUCIOUS, Appellant.

No. 46410.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 27, 1983.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 15, 1983.

Application to Transfer Denied
Dec. 20, 1983.

Debra Buie Arnold, Public Defender, St.
Louis, for appellant.

John Ashcroft, Atty. Gen., Kristie Green,
Asst. Atty. Gen., Jefferson City, George
Peach, Circuit Atty., St. Louis, for respondent.

### ORDER

PER CURIAM.

Defendant appeals from his conviction by
a jury of first degree robbery, a violation of
§ 569.020, RSMo.1978. He was sentenced
as a prior offender to thirteen years' imprisonment. No jurisprudential purpose would
be served by a written opinion. The judgment of the trial court is affirmed pursuant
to Rule 30.25(b).